Filed 7/24/26  P. v. George CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE, | D086643 |
| Plaintiff and Respondent, | (Super. Ct. No. SCE421583) |
| v. | |
| JOSHUA ALAN GEORGE, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of San Diego County. Frank L. Birchak, Judge. Affirmed.

Joshua Alan George, in pro. per., and Anna M. Jauregui-Law, for Defendant and Appellant.

No appearance by Plaintiff and Respondent.

Joshua Alan George was charged with one count of assault with force likely to cause great bodily injury (Pen. Code,[1] § 245, subd. (a)(4)).  The information also alleged four prior felony convictions and a prior strike.  No aggravating circumstances were alleged.

---

[1]      Further statutory references are to the Penal Code.

George entered into a plea agreement.  He pleaded guilty to the assault charge and would receive a four-year upper term.  The execution of sentence would be stayed to permit George to request drug court.  If he was not accepted into drug court the sentence could be executed.  George also waived the right to appeal from any stipulated sentence.  George was not accepted into drug court.  George was referred to Behavioral Health Court, but he was not accepted.  He was sentenced to prison for four years.

George filed a timely notice of appeal.

Appellate counsel has filed a brief under the authority of *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) indicating counsel has not been able to identify any arguable issues for reversal on appeal.  Counsel asks the court to independently review the record for error as mandated by *Wende*.  We notified George that he could file his own brief on appeal.  George has responded with a short letter and what appears to be material from a petition for habeas corpus.  George does not make clear what issues he thinks the court should address.  It appears George's argument is that the circumstances of this case have been blown "out of proportion" and that he has served enough time in custody.  The supplemental brief does not identify any arguable issues in this record for reversal on appeal

DISCUSSION

As we have noted appellate counsel has filed a *Wende* brief and asks the court to independently review the record for error.  To assist the court in its review and in compliance with *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel has identified three possible issues which were considered in evaluating the potential merits of this appeal:

Did the trial court comply with the plea agreement?

Did the trial court abuse its discretion in sentencing George to the upper term instead of the middle term for the assault?

Was the record of prior convictions sufficient to support an upper term sentence?

We have independently reviewed the record for error as required by *Wende* and *Anders*. We have not discovered any arguable issues for reversal on appeal. Competent counsel has represented George in this appeal.

## DISPOSITION

The judgment is affirmed.

HUFFMAN, J.*

WE CONCUR:


O'ROURKE, Acting P. J.


BUCHANAN, J.

---

*     Retired Associate Justice of the Court of Appeal, Fourth Appellate District, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.